IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIA LANDRUM,

    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY WISCONSIN SYSTEM,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-85-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendant in the amount of $50,000 plus attorneys' fees and costs in the amount of $69,000.

_Peter Oppeneer_     1/15/13
Peter Oppeneer, Clerk of Court     Date